UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NORBERTO SALINAS GALLARDO,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **Case No. CIV-25-1090-R** |
| v. ) | |
| ) | |
| **SAM OLSON, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

October 14, 2025
Amended Enter Order

In accordance with 28 U.S.C. §636, this matter is hereby referred to Magistrate Judge Chris Stephens for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of Findings and Recommendations as to dispositive matters referenced in 28 U.S.C. §§ 636(b)(1)(B), and (C).

Notwithstanding Temporary General Order 25-8, the Court DIRECTS the United States to submit any filings as may have been or may be ordered by the Magistrate Judge.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE DAVID L. RUSSELL.

JOAN KANE, CLERK

By: Taylor Beams
Deputy Court Clerk